AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Jerry A. | U.S. Bankruptcy Court EDLA | 11/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S Bankruptcy Judge | ☐ Nomination ☐ Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 1/1/2020<br>**to**<br>8/31/2020 |

**7. Chambers or Office Address**

500 Poydras Street
Suite B741-A
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 11/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Jerry A.** | 11/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiMortgage | Mortgage Loan - N.O. rental property | L |
| 2. Chase | Mortgage Loan - N.O. rental property | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Jerry A. | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   New Orleans, LA rental property-parcel 1 | E | Rent | O | W | | | | | |
| 2.   New Orleans, LA rental property-parcel 2 | E | Rent | N | W | | | | | |
| 3.   New Orleans, LA rental property-parcel 4 | E | Rent | N | W | | | | | |
| 4.   New Orleans, LA rental property-parcel 5 | E | Rent | O | W | | | | | |
| 5.   New Orleans, LA rental property-parcel 6 | E | Rent | N | W | | | | | |
| 6.   IBM common stock | E | Dividend | O | T | | | | | |
| 7.   Occidental Pet. - common stock | E | Dividend | N | T | | | | | |
| 8.   Capital One | A | Interest | J | T | | | | | |
| 9.   Capital One Inv. LLC | B | Dividend | J | T | | | | | |
| 10.  Scudder Tax Free Fund | B | Dividend | J | T | | | | | |
| 11.  Vinbro Inc.-common stock (New Orleans, LA) | D | Rent | K | W | | | | | |
| 12.  Vinbro Inc.-common stock (New Orleans, LA) | F | Rent | N | W | | | | | |
| 13.  Safe Co. Muni Bond Fund | F | Dividend | J | T | | | | | |
| 14.  Merrill Lynch Global Allocation | A | Dividend | K | T | | | | | |
| 15.  Janus Twenty Fund | A | Dividend | J | T | | | | | |
| 16.  20th Century Ultra Fund | A | Dividend | J | T | | | | | |
| 17.  Vanguard Health Care Portion | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   DWS Investments | A | Dividend | J | T | | | | | |
| 19.   Nicholas Fund | A | Dividend | J | T | | | | | |
| 20.   New Orleans, LA rental property - parcel 7 | E | Rent | N | W | | | | | |
| 21.   AIM Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 22.   Microsoft - common stock | A | Dividend | J | T | | | | | |
| 23.   New Orleans, LA rental property - parcel 8 | E | Rent | N | W | | | | | |
| 24.   Stratos Wealth Partners | F | Distribution | P1 | T | | | | | |
| 25.   -AMCAP Fund Class A | A | Distribution | K | T | | | | | |
| 26.   -Capital World Growth & Income Fund Class A | B | Distribution | M | T | | | | | |
| 27.   -Fundamental Investors Inc. Class A | C | Distribution | M | T | | | | | |
| 28.   -Income Fund of America Class A | C | Distribution | L | T | | | | | |
| 29.   -Franklin Utilities Fund Class C | D | Distribution | M | T | | | | | |
| 30.   -Franklin n Fund Class C | D | Distribution | L | T | | | | | |
| 31.   -Franklin Rising Dividends Class C | C | Distribution | M | T | | | | | |
| 32.   -Franklin Mutual Global Discovery | A | Distribution | K | T | Sold | 12/2018 | K | | |
| 33.   -New Perspective Fund Class A | A | Distribution | L | T | | | | | |
| 34.   -Pimco All Asset All Authority Fund | C | Distribution | M | T | Sold | 12/2018 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Jerry A.** | 11/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Whitnery Bank Checking Account | | None | L | W | | | | | |
| 36. Vinbro Inc.-common stock (New Orleans, LA) | D | Dividend | K | W | | | | | |
| 37. Vinbro Inc.-common stock (New Orleans, LA) | F | Dividend | N | W | | | | | |
| 38. Hancock Holding Co. | D | Dividend | N | T | | | | | |
| 39. California Resources Corp. | A | Dividend | J | T | | | | | |
| 40. T Rowe Price Cap Apprec Investor CL | C | Dividend | M | T | Buy | | | | |
| 41. Vanguard Wellesley Incom Admiral CL | D | Dividend | M | T | Buy | | | | |
| 42. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Brown, Jerry A.** | 11/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 11, and 12 show for the calendar year 2018 the income to ▓▓▓▓▓ I, that is a flow through from a subchapter S corporation in which ▓▓▓▓ and I own stock (in different amounts because of donations I made years ago to most of my stock ▓▓▓▓▓▓▓▓▓ )

Part VII, Line 24, in 2017 this line stated the total amount invested by my investment advisor in my retirement account. in December 2018 he moved all of the investments from LPL Financial to Stratos Wealth Partners.

Part VII, Lines 25-34 list the individual funds held by Stratos Wealth Partners as of December 31, 2018 which are the same as the individual funds formerly held by LPL Financial.

Part VII, Lines 32 and 34 were sold in December 2018.

Part VII, Lines 40 and 41 were purchased in 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry A. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544